# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE ERNESTO CHICAS-POSADA, | ) | No. CV 10-9331-DMG(CW) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| DEP'T OF HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Respondent, | ) | |

**IT IS ADJUDGED** that the petition for writ of *habeas corpus* is dismissed without prejudice.

DATE: February 8, 2011

_____
DOLLY M. GEE
United States District Judge